IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| LIBERTY ASSOCIATES, L.C., | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV-117-H |
| | ) | |
| JACOBS CAPITAL, LLC, et al, | ) | |
|     Appellee. | ) | |

**DESIGNATION OF ITEMS TO BE INCLUDED
IN RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL
(Rule 6(b)(2)(B)--Federal Rules of Appellate Procedure)**

NOW COMES Liberty Associates, L.C., by and through undersigned counsel, and submits the following Designation of Items to be Included in Record on Appeal and Statement of Issues on Appeal:

**A.    ITEMS INCLUDED IN RECORD ON APPEAL IN DISTRICT COURT**

1.   <u>Motion to Employ Investment Banker for Debtors</u>
      Case Reference:    09-07132-8-RDD
      File Date:         08-24-09
      Docket Number:     7

2.   <u>Motion to (A) Approve Sale of Substantially All Assets of Debtors, (B) Establish Sale Procedures, © Transfer Any and All Liens, Claims, Encumbrances and Interests In Assets of Debtors to Proceeds of Sale, (D) Approve Form and Manner of Notice of Sale, (E) Assume and Assign Certain Leases and Executory Contracts, and (F) Schedule Hearings to Establish Sales Procedures and Confirm Sale</u>
      Case Reference:    09-07132-8-RDD
      File Date:         08-24-09
      Docket Number:     9

3.   <u>Motion to Expedite Hearing</u>
      Case Reference:    09-07132-8-RDD
      File Date:         08-25-09
      Docket Number:     11

4.   <u>Order Regarding Administration of Estate</u>
      Case Reference:    09-07132-8-RDD
      File Date:         08-25-09

Docket Number: 16

5. <u>Order Approving Form and Manner of Notice and Sale Procedures, Setting Deadlines for Bids and Objections and Scheduling Final Hearing to Confirm Sale</u>
 Case Reference: 09-07132-8-RDD
 File Date: 09-10-09
 Docket Number: 35

6. <u>Motion for Ex Parte Order Authorizing Debtor to Postpone Scheduled Sale</u>
 Case Reference: 09-07132-8-RDD
 File Date: 09-30-10
 Docket Number: 50

7. <u>Motion for Authority to Obtain Post-Petition Financing</u>
 Case Reference: 09-07132-8-RDD
 File Date: 10-01-09
 Docket Number: 56

8. <u>Order Denying Motion for Ex Parte Order Authorizing Debtor to Postpone Scheduled Sale</u>
 Case Reference: 09-07132-8-RDD
 File Date: 10-05-09
 Docket Number: 69

9. <u>Report of Sale</u>
 Case Reference: 09-07132-8-RDD
 File Date: 10-08-09
 Docket Number: 90

10. <u>Response of FB Investments, LLC to Report of Sale</u>
 Case Reference: 09-07132-8-RDD
 File Date: 10-08-09
 Docket Number: 97

11. <u>Order Granting Motion To Employ Investment Banker</u>
 Case Reference: 09-07132-8-RDD
 File Date: 10-15-09
 Docket Number: 108

12. <u>Order Denying Sale Motion</u>
 Case Reference: 09-07132-8-RDD
 File Date: 10-23-09
 Docket Number: 116

13. <u>Interim Order Granting Authority to Obtain Post-Petition Financing and Providing Notice of Further Hearing</u>
 Case Reference: 09-07132-8-RDD
 File Date: 10-23-09

Docket Number: 118

14. FB Investments, LLC's Motion for Relief from Stay Pursuant to 11 USC §362
    Case Reference: 09-07132-8-RDD
    File Date: 11-04-09
    Docket Number: 139

15. Joint Plan of Reorganization Dated November 20, 2009
    Case Reference: 09-07132-8-RDD
    File Date: 11-24-09
    Docket Number: 179

16. Disclosure Statement for Joint Plan of Reorganization Dated November 20, 2009
    Case Reference: 09-07132-8-RDD
    File Date: 11-24-09
    Docket Number: 180

17. FB Investments, LLC's Section 506 and Rule 3012 Motion for Valuation of Secured Claim
    Case Reference: 09-07132-8-RDD
    File Date: 12-04-09
    Docket Number: 198

18. Final Order Granting Authority to Obtain Post-Petition Financing
    Case Reference: 09-07132-8-RDD
    File Date: 12-09-09
    Docket Number: 208

19. Interim Application for Compensation of Michael T. Jacobs and Jacobs Capital, LLC as Investment Banker
    Case Reference: 09-07132-8-RDD
    File Date: 1-20-10
    Docket Number: 257

20. First Amended Joint Plan of Reorganization Dated November 20, 2009
    Case Reference: 09-07132-8-RDD
    File Date: 01-29-10
    Docket Number: 273

21. Amended Report of Voting on Proposed Plan
    Case Reference: 09-07132-8-RDD
    File Date: 01-29-10
    Docket Number: 274

22. Objection of Liberty Associates, LC to Interim Application for Compensation of Michael T. Jacobs and Jacobs Capital, LLC as Investment Banker
    Case Reference: 09-07132-8-RDD
    File Date: 02-10-10

    Docket Number:  294

23. Order Confirming First Amended Joint Plan of Reorganization
    Case Reference:  09-07132-8-RDD
    File Date:  02-11-10
    Docket Number:  295

24. Response of Bankruptcy Administrator to Interim Application for Compensation of Investment Banker
    Case Reference:  09-07132-8-RDD
    File Date:  02-16-10
    Docket Number:  306

25. Ex Parte Emergency Motion for Consideration of Certain Legal Issues Addressed in Liberty Associates' Objection to Interim Application for Compensation of Michael T. Jacobs and Jacobs Capital, LLC as Investment Banker, or in the Alternative, Emergency Motion for Clarification and Reconsideration of Terms of First Amended Plan
    Case Reference:  09-07132-8-RDD
    File Date:  02-18-10
    Docket Number:  307

26. Memorandum in Support of Ex Parte Emergency Motion for Consideration of Certain Legal Issues Addressed in Liberty Associates' Objection to Interim Application for Compensation of Michael T. Jacobs and Jacobs Capital, LLC as Investment Banker
    Case Reference:  09-07132-8-RDD
    File Date:  02-18-10
    Docket Number:  308

27. Order Denying Ex Parte Emergency Motion for Consideration of Certain Legal Issues Addressed in Liberty Associates' Objection to Interim Application for Compensation of Michael T. Jacobs and Jacobs Capital, LLC as Investment Banker, or in the Alternative, Emergency Motion for Clarification and Reconsideration of Terms of First Amended Plan
    Case Reference:  09-07132-8-RDD
    File Date:  02-24-10
    Docket Number:  313

28. Debtor's Memorandum Regarding Interim Application for Compensation of Michael T. Jacobs and Jacobs Capital, LLC as Investment Banker
    Case Reference:  09-07132-8-RDD
    File Date:  03-12-10
    Docket Number:  319

29. Memorandum of Law in Support of Objection of Liberty Associates, LC to Interim Application for Compensation of Michael T. Jacobs and Jacobs Capital,

LLC as Investment Banker
  Case Reference:  09-07132-8-RDD
  File Date:  03-12-10
  Docket Number:  320

30. Memorandum in Support of Application for Compensation of Michael T. Jacobs and Jacobs Capital, LLC as Investment Banker and Response to Liberty Associates' Objection to Interim Application for Compensation of Michael T. Jacobs and Jacobs Capital, LLC as Investment Banker
  Case Reference:  09-07132-8-RDD
  File Date:  03-12-10
  Docket Number:  321

31. Supplemental Affidavit
  Case Reference:  09-07132-8-RDD
  File Date:  04-06-10
  Docket Number:  336

32. PDF with attached Audio File. Court Date & Time [ 4/28/2010 1:06:47 PM ]
  Case Reference:  09-07132-8-RDD
  File Date:  04-29-10
  Docket Number:  342

33. Order Allowing Application for Compensation of Michael T. Jacobs and Jacobs Capital, LLC as Investment Banker
  Case Reference:  09-07132-8-RDD
  File Date:  05-07-10
  Docket Number:  346

34. Notice of Appeal
  Case Reference:  09-07132-8-RDD
  File Date:  05-21-10
  Docket Number:  348

B. **ADDITIONAL DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

35. Appellant's Brief
  Case Reference:  4:10-cv-00117-H
  File Date:  09-15-10
  Docket Number:  16

23. Appellant's Reply Brief
  Case Reference:  4:10-cv-00117-H
  File Date:  11-12-10
  Docket Number:  20

24. <u>Order</u>
    Case Reference:     4:10-cv-00117-H
    File Date:          04-12-11
    Docket Number:      21

25. <u>Judgment</u>
    Case Reference:     4:10-cv-00117-H
    File Date:          04-12-11
    Docket Number      22

**C.     STATEMENT OF ISSUES ON APPEAL**

1. Whether the District Court erred in holding that the Bankruptcy Court's award of compensation to Jacobs Capital was supported by the Engagement Agreement.

2. Whether the District Court erred in holding that the Bankruptcy Court's award of compensation to Jacobs Capital was consistent with the provisions of 11 U.S.C. §330.

3. Whether the District Court erred in holding that the Bankruptcy Court's unilateral modification of the Jacobs Fee Application and subsequent award of compensation was appropriate under 11 U.S.C. §330.

This the 25th day of May, 2011.

/s/Gregory B. Crampton
Gregory B. Crampton, NC State Bar #991
Kevin L. Sink, NC State Bar #21041
NICHOLLS & CRAMPTON, P.A.
3700 Glenwood Avenue, Suite 500
Raleigh, North Carolina 27612
Telephone: (919) 781-1311
Facsimile: (919) 782-0465
Email: gcrampton@nichollscrampton.com
Email: ksink@nichollscrampton.com
*Appellant Counsel to Liberty Associates, L.C.*

## CERTIFICATE OF SERVICE

  It is hereby certified that the foregoing DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

| | |
|---|---|
| John D. Burns<br>Holmes P. Harden<br>*Attorneys for Jacobs Capital, LLC, et al*<br>WILLIAMS MULLEN<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27602 | |

  This the 25th day of May, 2011.

             */s/Gregory B. Crampton*
             Gregory B. Crampton, NC State Bar #991
             Kevin L. Sink, NC State Bar #21041
             NICHOLLS & CRAMPTON, P.A.
             3700 Glenwood Avenue, Suite 500
             Raleigh, North Carolina 27612
             Telephone: (919) 781-1311
             Facsimile: (919) 782-0465
             Email: gcrampton@nichollscrampton.com
             Email: ksink@nichollscrampton.com
             *Appellant Counsel to Liberty Associates, L.C.*

*O:\CH11 CRD\A - Liberty Assoc\Appeal USDC\Designation of Record..wpd*